# EXHIBIT "A"

Weir Greenblatt Pierce LLP
A Pennsylvania Limited Liability Partnership
PENNSYLVANIA • NEW JERSEY • DELAWARE • NEW YORK

35 KINGS HIGHWAY EAST
HADDONFIELD, NJ 08033
(856) 429-7750
(856) 427-0360 FAX
WGPLLP.com

Jennifer Hiller Nimeroff
Member of PA and NJ Bars

Direct Dial (215) 241-7757
E-mail: jhillert@wgpllp.com

November 1, 2024

**Via Federal Express**
Assistant City Manager
City of Englewood
2-10 North Van Brunt Street
Englewood, New Jersey 07631

**Re: Notice of Claim**

Dear Sir/Madam:

This law firm represents the individuals identified on Exhibit "A" ("Claimants"). Pursuant to the New Jersey Tort Claims Act, N.J.S.A. 59:8-1, *et seq.,* Claimants hereby provide formal notice to the City of Englewood ("City") of their claims against the City, although it is our understanding that the City is well aware of the flooding stormwater that has been plaguing our clients, not only in connection with the August 6, 2024 storm (the "August Storm"), but in connection with both severe and modest rainfalls prior to and since the August Storm.

The City has a severe drainage issue of which it is aware and for which it has taken no steps to remedy. It is allowing its stormwater runoff to enter onto the Claimants' properties and into their homes and is effectively using the Claimants' properties as a *de facto* retention basin. This is no surprise to the City; indeed, the City was awarded $3 Million in federal funding in 2021 to remediate flooding, not one dollar of which was spent to address the flooding and protect the health, safety and welfare of its residents. Additionally, many of the Claimants have complained to the City about the flooding of their properties, both verbally and in writing.

The City's drainage system is a dangerous condition of property under its control that has caused the Claimants property damage and will continue to cause them property damage into the future for the simple reason that the City has done nothing to fix its serious drainage issue. Claimants have had to repair/remediate their homes so they can continue to live in them, and replace lost items of personal property. Some items that were lost are invaluable and irreplaceable. Claimants are all "sitting ducks" just waiting for the next storm; they are aggravated, annoyed and their quality of life has been significantly impacted. Some of the

Claimants have made insurance claims under their flood coverage, and have received modest payments.

In addition to creating a dangerous condition, the City's conduct also constitutes a nuisance and a trespass.

The City should also be aware that its conduct constitutes a taking of Claimants' properties without just compensation, in violation of their constitutional rights. Also, referred to as inverse condemnation, the City's conduct in ignoring its deficient and dangerous drainage and allowing the stormwater it controls onto the Claimants' properties, has the effect of permanently and substantially reducing the value of all of the Claimants' real property and has rendered the Claimants' real property unmarketable. Indeed, none of the Claimants will be able to sell their homes, each of which has the stigma of not only suffering from flooding in the past, but the likelihood of flooding into the future. While this claim is not a "tort" and not subject to the Tort Claims Act (and, likely, not covered by insurance), we thought it may be helpful for the City to understand the nature of all of Claimants' claims against the City.

Claimants have been severely harmed by the City's ongoing conduct. They each seek to recover the full market value of their homes prior to the flooding. If the City is serious about resolving the claims identified herein before the commencement of a lawsuit, we would be pleased to sit down with you.

All communications in connection with this matter should be made though this office, and not directly with any of the Claimants.

Very truly yours,

Jennifer Hiller Nimeroff, Esquire
Robert Sokolove, Esquire

JHN/

<u>EXHIBIT A - CLAIMANTS</u>

Eliyahou Barrocas
Dalia Barrocas
405 Jones Road
Englewood, NJ 07631

Josh Borenstein
Orly Gottesman
361 Gloucester St.
Englewood, NJ 07631

Arlene Braunstein
401 Jones Road
Englewood, NJ 07631

Todd Brody
Ellen Brody
411 Jones Road
Englewood, NJ 07631

David Cohain
Barbara Cohain
363 Jones Road
Englewood, NJ 07631

Charles Epstein
Evon Epstein
378 Gloucester St.
Englewood, NJ 07631

Warren Finkel
Miriam Finkel
360 Gloucester St.
Englewood, NJ 07631

Michael Fried
Illana “Chavie” Fried
404 Gloucester St.
Englewood, NJ 07631

Irving Fruchter
Esther Fruchter
373 Jones Road
Englewood, NJ 07631

Aharon Gal
Olga Gal
377 Jones Road
Englewood, NJ 07631

Bernard Glezerman
Alyx Friedman
232 Lydecker St.
Englewood, NJ 07631

Daniel Goldberg
Dina Goldberg
375 Gloucester St.
Englewood, NJ 07631

Gregory Haber
Yonina Haber
401 Gloucester St.
Englewood, NJ 07631

Jerry Hartstein
Sharon Hartstein
369 Gloucester St.
Englewood, NJ 07631

Seth Leavitt
Jennifer Leavitt
355 Jones Road
Englewood, NJ 07631

Daniel Levy
Elizabeth Cohen
385 Gloucester St.
Englewood, NJ 07631

Alan Mitrani
Liz Mitrani
181 Jones Road
Englewood, NJ 07631

Rafael Moskowitz
Lesley Moskowitz
392 Gloucester St.
Englewood, NJ 07631

Beryl Niewood
369 Jones Road
Englewood, NJ 07631

Jake Rimberg
Stephanie Rimberg
400 Gloucester St.
Englewood, NJ 07631

Erzi Shechter
Tzipora Schecter
370 Gloucester St.
Englewood, NJ 07631

Larry Shemen
Sherri Shemem
220 Maple St.
Englewood, NJ 07631

Robert Sholomon
Revital Sholomon
407 Gloucester St.
Englewood, NJ 07631

Daniel Sinyor
Michal Sinyor
362 Eton St.
Englewood, NJ 07631

Stephen Weiss
Nicola Weiss
416 Gloucester St.
Englewood, NJ 07631

Gerardo Yablonovich
Perla Yablonovich
404 Jones Road
Englewood, NJ 07631

Yaron Zenou
Natalie Zenou
386 Gloucester St.
Englewood, NJ 07631