# EXHIBIT "B"

LAW OFFICES
WEIR LLP
A Pennsylvania Limited Liability Partnership

20 Brace Road, Suite 201
Cherry Hill, New Jersey 08034
WEIRLAWLLP.COM

Jennifer Hiller Nimeroff
Member of PA and NJ Bars

Direct Dial (215) 241-7757
E-mail: jhillert@weirlawllp.com

June 10, 2024

**Via Federal Express**
Intashan Chowdhury, MPA, Borough Administrator
Borough of Englewood Cliffs
482 Hudson Terrace
Englewood Cliffs, New Jersey 07632

**Re: Notice of Claim**

Dear Sir/Madam:

This law firm represents the individuals identified on Exhibit "A" ("Claimants"). Pursuant to the New Jersey Tort Claims Act, N.J.S.A. 59:8-1, *et seq.,* Claimants hereby provide formal notice to the Borough of Englewood Cliffs ("Borough") of their claims against the Borough, although it is our understanding that the Borough is well aware of the stormwater that has been flooding the City of Englewood and plaguing our clients, not only in connection with the August 6, 2024 storm (the "August Storm"), but in connection with both severe and modest rainfalls prior to and since the August Storm.

The Borough has a severe drainage issue of which it is aware and for which it has taken no steps to remedy. It is allowing its stormwater runoff to enter the City of Englewood, which is downstream of the Borough, onto the Claimants' properties and into their homes and is effectively using the Claimants' properties as a *de facto* retention basin. This is no surprise to the Borough, we surmise, as portions of the Borough and the City of Englewood have a combined drainage network containing little to no forms of detention/retention. The health, safety and welfare of the Claimants is significantly compromised by the Borough's faulty and failing drainage system, as detailed below.

The Borough's drainage system is a dangerous condition of property under its control that has caused the Claimants property damage and will continue to cause them property damage into the future for the simple reason that the Borough has done nothing to fix its serious drainage issue. Claimants have had to repair/remediate their homes so they can continue to live in them, and replace lost items of personal property. Some items that were lost are invaluable and irreplaceable. Claimants are all "sitting ducks" just waiting for the next storm; they are

aggravated, annoyed and their quality of life has been significantly impacted. Some of the Claimants have made insurance claims under their flood coverage, and have received modest payments.

In addition to creating a dangerous condition, the Borough's conduct also constitutes a nuisance and a trespass.

The Borough should also be aware that its conduct constitutes a taking of Claimants' properties without just compensation, in violation of their constitutional rights. Also, referred to as inverse condemnation, the Borough's conduct in ignoring its deficient and dangerous drainage and allowing the stormwater it controls to flood into the City of Englewood and onto the Claimants' properties, has the effect of permanently and substantially reducing the value of all of the Claimants' real property and has rendered the Claimants' real property unmarketable. Indeed, none of the Claimants will be able to sell their homes, each of which has the stigma of not only suffering from flooding in the past, but the likelihood of flooding into the future. While this claim is not a "tort" and not subject to the Tort Claims Act (and, likely, not covered by insurance), we thought it may be helpful for the Borough to understand the nature of all of Claimants' claims against the Borough.

Claimants have been severely harmed by the Borough's ongoing conduct. They each seek to recover the full market value of their homes prior to the flooding. If the Borough is serious about resolving the claims identified herein before the commencement of a lawsuit, we would be pleased to sit down with you.

All communications in connection with this matter should be made though this office, and not directly with any of the Claimants.

Very truly yours,



Jennifer Hiller Nimeroff, Esquire
Robert Sokolove, Esquire

JHN/

EXHIBIT A - CLAIMANTS

| | | | |
|---|---|---|---|
| Eliyahou Barrocas<br>Dalia Barrocas<br>405 Jones Road<br>Englewood, NJ 07631 | Josh Borenstein<br>Orly Gottesman<br>361 Gloucester St.<br>Englewood, NJ 07631 | Arlene Braunstein<br>401 Jones Road<br>Englewood, NJ 07631 | Todd Brody<br>Ellen Brody<br>411 Jones Road<br>Englewood, NJ 07631 |
| David Cohain<br>Barbara Cohain<br>363 Jones Road<br>Englewood, NJ 07631 | Charles Epstein<br>Evon Epstein<br>378 Gloucester St.<br>Englewood, NJ 07631 | Warren Finkel<br>Miriam Finkel<br>360 Gloucester St.<br>Englewood, NJ 07631 | Michael Fried<br>Illana “Chavie” Fried<br>404 Gloucester St.<br>Englewood, NJ 07631 |
| Irving Fruchter<br>Esther Fruchter<br>373 Jones Road<br>Englewood, NJ 07631 | Aharon Gal<br>Olga Gal<br>377 Jones Road<br>Englewood, NJ 07631 | Bernard Glezerman<br>Alyx Friedman<br>232 Lydecker St.<br>Englewood, NJ 07631 | Daniel Goldberg<br>Dina Goldberg<br>375 Gloucester St.<br>Englewood, NJ 07631 |
| Gregory Haber<br>Yonina Haber<br>401 Gloucester St.<br>Englewood, NJ 07631 | Jerry Hartstein<br>Sharon Hartstein<br>369 Gloucester St.<br>Englewood, NJ 07631 | Seth Leavitt<br>Jennifer Leavitt<br>355 Jones Road<br>Englewood, NJ 07631 | Daniel Levy<br>Elizabeth Cohen<br>385 Gloucester St.<br>Englewood, NJ 07631 |
| Gayle Lewis<br>212 Maple St.<br>Englewood, NJ 07631 | Alan Mitrani<br>Liz Mitrani<br>181 Jones Road<br>Englewood, NJ 07631 | Rafael Moskowitz<br>Lesley Moskowitz<br>392 Gloucester St.<br>Englewood, NJ 07631 | Beryl Niewood<br>369 Jones Road<br>Englewood, NJ 07631 |
| Jake Rimberg<br>Stephanie Rimberg<br>400 Gloucester St.<br>Englewood, NJ 07631 | Erzi Shechter<br>Tzipora Schecter<br>370 Gloucester St.<br>Englewood, NJ 07631 | Larry Shemen<br>Sherri Shemem<br>220 Maple St.<br>Englewood, NJ 07631 | Robert Sholomon<br>Revital Sholomon<br>407 Gloucester St.<br>Englewood, NJ 07631 |
| Daniel Sinyor<br>Michal Sinyor<br>362 Eton St.<br>Englewood, NJ 07631 | Stephen Weiss<br>Nicola Weiss<br>416 Gloucester St.<br>Englewood, NJ 07631 | Gerardo Yablonovich<br>Perla Yablonovich<br>404 Jones Road<br>Englewood, NJ 07631 | Yaron Zenou<br>Natalie Zenou<br>386 Gloucester St.<br>Englewood, NJ 07631 |

ORIGIN ID:WWDA (856) 429-7750
JENNIFER HILLER NIMEROFF, ESQUIRE
WEIR LLP
20 BRACE ROAD
SUITE 201
CHERRY HILL, NJ 08034
UNITED STATES US

SHIP DATE: 10JUN25
ACTWGT: 1.00 LB
CAD: 8419379/INET4535

BILL SENDER

TO **INTASHAN CHOWDHURY, MPA, BORO ADMIN**
**BOROUGH OF ENGLEWOOD CLIFFS**
**482 HUDSON TERRACE**

**ENGLEWOOD CLIFFS NJ 07632**
(201) 569-5252 REF: 0215-0001
INV:
PO: DEPT:

58GJ5/0E74/59F2

FedEx Express

E

J252025040801uv

**WED - 11 JUN 10:30A**
**PRIORITY OVERNIGHT**

TRK# 0201 **8819 1757 5166**

**07632**
**EWR**

**E2 JSLA** **NJ-US**

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.