# WEINER LAW GROUP LLP

629 Parsippany Road
P. O. Box 0438
Parsippany, New Jersey 07054
(P) 973-403-1100 (F) 973-403-0010
www.weiner.law

**Alan J. Baratz, Esq.**
**A Member of the Firm**

**abaratz@weiner.law**


August 5, 2025

**VIA: e-Filing**

The Honorable José R. Almonte, U.S.M.J.
United States District Court
Frank R. Lautenberg U.S. Post Office
& Courthouse Building
2 Federal Square
Newark, New Jersey 07102

**Re: Barrocas v. City of Englewood**
**Civil Action No: 25-cv-14049**
**Claim No: 2025350172**
**DOL: August 6, 2024**
**Our File No: 89096**

Dear Judge Almonte:

Our firm represents defendant, City of Englewood in the above-referenced matter. Following the parties' filing of a revised Joint Status Letter on June 12, 2026, Your Honor on June 16, 2026 entered an Order extending discovery deadlines and adjourning the June 17, 2026 Status Conference to September 28, 2026. [Doc. No. 44] This correspondence is offered in support of the City of Englewood's instant request for leave to file a motion to compel outstanding written discovery responses of all 26 sets of plaintiffs, who have asserted various causes of action against the City related to claims of improper drainage resulting in flooding on their 26 residential properties.

Following service of its Initial Rule 26 Disclosure Statement, the City of Englewood initially supplemented that Disclosure Statement March 4, 2026 by producing 2,820 documents that were categorized and grouped together by defense counsel. Subsequently, dated June 30, 2026 the City further supplemented its Disclosure Statement with copies of the City's Topography Map and Storm Water Management Plan. Then, on July 16, 2026 I served on plaintiffs' counsel the City of Englewood's answers to plaintiffs' Interrogatories certified by City Engineer Frantz Volcy. Unfortunately, however, the City has not received any written discovery responses from any of the plaintiffs to date.

In the Revised Joint Status Letter dated June 12, 2026 [Doc. No. 42] plaintiffs' counsel represented that they had "received a substantial amount of information from their clients," that they were "in the process of reviewing and organizing the documents for production", and also that they were "in the process of responding to the numerous Interrogatories and Requests for Production of Documents." Plaintiffs' counsel explained therein that they would "need to review draft responses with their clients, have their clients provide specific information, and then finalize the written responses before they can be served." Moreover, plaintiffs' counsel represented that they were in possession of what they characterized as "common documents," and that it was their intention to serve those common documents "in the short term."

Defendants have been seeking to commence the process of deposing 26 sets of plaintiffs since the early Spring. I note that Ms. Morello on behalf of defendant, Borough of Englewood Cliffs initially wrote to plaintiffs' counsel April 7, 2026 indicating that the defense wanted to start scheduling plaintiffs' depositions, and requested that counsel provide all plaintiffs' availability during the weeks of May 18 through June 12, 2026. No response was received from plaintiffs' counsel, and when I served the City's certified answers to Interrogatories I referenced in my July 16, 2026 letter to plaintiffs' counsel that I wanted to notice depositions of all plaintiffs, but that I had not as yet been provided written discovery responses of any of the plaintiffs. In that letter I indicated that I was available August 4, 5, 6, 11 and 12, 2026 to begin the process of eliciting plaintiffs' depositions in person at my office, and I requested that counsel provide certified answers to the City's Interrogatories from at least some of her clients so that I could then serve formal Notices for those plaintiffs' depositions. The only response that I received was from Ms. Morello on behalf of the Borough of Englewood Cliffs, who confirmed her availability in early August for the depositions of any plaintiffs.

I respectfully submit that prior correspondence with plaintiffs' counsel and counsel's representations in the most recent Joint Status Letter should satisfy defendants' meet-and-confer obligation concerning the discovery issues at hand. It is respectfully requested that Your Honor permit the City of Englewood to file a formal motion seeking a date certain by which all plaintiffs must serve certified answers to the City's Interrogatories and respond to the City's Demands for Production of Documents.

Thank you.

Respectfully requested,
WEINER LAW GROUP LLP

By: ______________________
Alan J. Baratz
A Member of the Firm

AJB:tb
cc: Jennifer L. Hiller-Nimeroff, Esq. (via e-filing)
Robert Sokolove, Essq. (via e-filing)

William F. Cook, Esq. (via e-filing)
Brianna Morello, Esq. (via e-filing)
Kerri Cavanaugh, Litigation Specialist (via e-mail)
Jeremy Solomon, Litigation Coordinator (via e-mail)

5881847v1 89096 ltr to judge Almonte ajb 8-5-2026