# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

William F. Cook, Esq.
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*
wcook@brownconnery.com


August 7, 2026

**Honorable Jose R. Almonte, U.S.M.J.** ***(via ECF)***
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: Eliyahou Barrocas, et al. v. City of Englewood, et al.**
**Docket No.: 2:25-cv-14049-MF-JRA**

Dear Judge Almonte:

I represent Defendant Borough of Englewood Cliffs in the above matter. I am in receipt of the letter dated August 5, 2026 filed by Mr. Baratz on behalf of Defendant City of Englewood (ECF No. 46). This is to confirm that my client, too, seeks leave to move to compel outstanding discovery responses, with a further request to seek an order compelling depositions. We join in all respects with Mr. Baratz in his thorough rendition of the history of this matter. Like the City, the Borough served interrogatories and document requests months ago but, to date, is not in receipt of any responses. The Borough appreciates that there are many Plaintiffs in this case, and further acknowledges that this office and Plaintiffs' counsel are engaged in several other similar complex litigations, but we need to get the proverbial "ball moving" with discovery. It is also necessary that dates be identified to at least start depositions. My office has requested dates previously but we do not have a response from Plaintiffs' counsel.

Again, the Borough fully recognizes the demands associated with the number of Plaintiffs, as well as the many matters for which Plaintiffs' counsel is detained. But discovery does need to move forward in earnest here at this point.

7XJ7483

Thank you.

Respectfully submitted,

**BROWN & CONNERY, LLP**

/s/ William F. Cook
William F. Cook, Esquire

WFC/
cc: All Record Counsel ***(via ECF)***