September 23, 2026

***Via CM/ECF***
Honorable Jose R. Almonte, U.S.M.J.
United States District Court
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: Eliyahou Barrocas, et al. v. City of Englewood, et al.**
**Docket No. 2:25-cv-14049-MEF-JRA**

Dear Magistrate Judge Almonte:

Kindly accept this joint status letter pursuant to the Court's September 23, 2026 Text Order. A status conference is presently scheduled for September 30, 2026.

**Plaintiffs' Status Report on Discovery**

The parties are actively engaged in discovery. Thus far, Plaintiffs have served on Defendants, City of Englewood ("City") and Borough of Englewood Cliffs ("Borough"), certified responses to the City's Interrogatories and Requests for Production of Documents, certified responses to the Borough's Interrogatories and Requests for Production of Documents, and documents for the following fifteen (15) households:

1. Eliyahou and Dalia Barrocas (405 Jones Road);
2. Josh Borenstein and Orly Gottesman (261 Gloucester Street);
3. Arlene Braunstein (401 Jones Road);
4. Todd and Ellen Brody (411 Jones Road);
5. David and Barbara Cohain (363 Jones Road);
6. Chares and Evon Epstein (378 Gloucester Street);
7. Warren and Miriam Finkel (360 Gloucester Street);
8. Michael and Illana Fried (404 Gloucester Street);
9. Aaron and Olga Gal (377 Jones Road);
10. Daniel and Dina Goldberg (375 Gloucester Street);
11. Greg and Yonina Haber (401 Gloucester Street);
12. Daniel Levy and Elizabeth Cohen (385 Gloucester Street);
13. Jake and Stephanie Rimberg (400 Gloucester Street);
14. Larry and Sherri Shemen (220 Maple Street); and
15. Stephen and Nicola Weiss (416 Gloucester Street).

.

Additionally, all Plaintiff households timely responded to Requests for Admissions served by the Borough. Plaintiffs continue to finalize their written discovery responses and plan to serve additional discovery responses to the Defendants later this week and in the following weeks.

**City and Borough Defendants' Status Report on Discovery**

The City and Borough have also served their respective responses to Plaintiffs' discovery requests. Defendants continue to supplement their responses as information becomes available.

The City and Borough are still in the process of reviewing the discovery materials produced by the 15 households identified above. The City has sent letters to Plaintiffs' counsel noting deficiencies in certain discovery responses and await a response.

The City also served notices of deposition on five (5) households, to take place, in person, on various dates in October. Plaintiffs and their counsel are in the process of checking calendars and will communicate availability once known.

Turning to the current case management deadlines, the Second Amended Scheduling Order extends fact discovery through September 14, 2026. Given the breadth of discovery that still needs to be undertaken, specifically, the completion of written discovery responses and depositions of the parties, and possibly subpoenaed depositions of third parties, the parties jointly request an extension of the fact discovery deadline.

Respectfully submitted,

WEIR LLP

BY: */s/ Jennifer Hiller Nimeroff*
Jennifer Hiller Nimeroff, Esquire
Robert D. Sokolove, Esquire

WEINER LAW GROUP LLP

BY: */s/ Alan J. Baratz*
Alan J. Baratz, Esquire

BROWN & CONNERY LLP

BY: */s/ William F. Cook*

William F. Cook, Esquire
Joseph T. Carney, Esquire
Brianna M. Morello, Esquire